THE STATE, EX REL. GARGALLO, APPELLANT, *v.* COURT OF
COMMON PLEAS ET AL., APPELLEES.

(No. 72-127—Decided July 12, 1972.)

*Mr. Miguel A. Gargallo, in propria persona.*
*Mr. George C. Smith,* prosecuting attorney, for appellees.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reason stated by that court.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN, LEACH and BROWN, JJ., concur.
STERN, J., not participating.